*AO 120 (Rev. 08/10)*

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
\_\_\_\_ Trademarks or  **X** Patents. ( \_\_\_\_ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:20–cv–18322–BRM–DEA | DATE FILED<br>12/8/2020 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>PAR PHARMACEUTICAL, INC. | | DEFENDANT<br>AMNEAL EU, LIMITED |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 10844435 B1 | 11/24/2020 | SAJI VIJAYAN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | \_\_\_ Amendment    \_\_\_ Answer      \_\_\_ Cross Bill      \_\_\_ Other Pleading | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Michaela Gravelle | DATE<br>12/8/2020 |
|---|---|---|

**Copy 1−−Upon initiation of action, mail this copy to Director Copy 3−−Upon termination of action, mail this copy to Director**
**Copy 2−−Upon filing document adding patent(s), mail this copy to Director Copy 4−−Case file copy**