Rebekah R. Conroy, Esq.
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Telephone: (973) 400-4181
rconroy@stoneconroy.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL EU, LTD., AMNEAL PHARMACEUTICALS COMPANY GmbH AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICALS PVT. LTD,<br><br>Defendants. | Case No. 3:20-cv-18322<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Oral Argument Requested** |

TO: ALL COUNSEL

PLEASE TAKE NOTICE that on April 5, 2021, or as soon thereafter as counsel may be heard, Defendants, on notice to Plaintiffs, through their respective attorneys herein, will move before this Court for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Defendants shall rely on the Memorandum of Law and Declaration of Rebekah Conroy (with exhibits) filed herewith. A proposed form of Order is also submitted for the Court's consideration.

Dated: March 12, 2021

        STONE CONROY LLC
        Attorneys for Defendants

        /s/ Rebekah R. Conroy
        Rebekah R. Conroy
        rconroy@stoneconroy.com
        25A Hanover Road, Suite 301
        Florham Park, NJ 07932
        (973) 400-4181

        **Of Counsel:**
        Huiya Wu
        Linnea Cipriano
        GOODWIN PROCTER LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018
        hwu@goodwinlaw.com
        lcipriano@goodwinlaw.com
        Tel: (212) 813-8800