# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL EU, LTD., AMNEAL PHARMACEUTICALS COMPANY GmbH AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICALS PVT. LTD,<br><br>Defendants. | Case No. 3:20-cv-18322<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT** |

**THIS MATTER** having been brought before the Court by Defendants on notice to Plaintiffs through their counsel, by way of the motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the written submissions of counsel as well as the Certifications submitted in support thereof requesting the entry of this Order;

**IT IS** upon this _____ day of _____, 2021

**ORDERED** that Defendants' motion to dismiss the Complaint is GRANTED.

**SO ORDERED**

_____
Hon. Brian R. Martinotti, U.S.M.J.