UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>             Plaintiffs,<br>     v.<br><br>AMNEAL EU, LTD., AMNEAL PHARMACEUTICALS COMPANY GMBH AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL BIOSCIENCES LLC, and AMNEAL PHARMACEUTICALS PVT. LTD,<br><br>             Defendants. | Case No. 3: 20-cv-18322<br><br>**DECLARATION OF REBEKAH CONROY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**FILED UNDER SEAL**<br><br>**CONTAINS CONFIDENTIAL INFORMATION** |

I, Rebekah Conroy, declare as follows:

1. I am a Member of the law firm of Stone Conroy LLC, co-counsel for Defendants in this matter. I am one of the attorneys charged with the care and maintenance of this file and as such, have personal knowledge of the facts set forth herein.

2. I make this declaration in support of Defendants' Motion to Dismiss.

3. Attached hereto as Exhibit 1 is a true copy of the proposed product label included in Amneal's ANDA No. 212944.

4. Attached hereto as Exhibit 2 is a true copy of the proposed product label included in Amneal's ANDA No. 212945.

I declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

Dated: March 12, 2021                                  /s/ Rebekah Conroy
                                                                                      Rebekah Conroy