**Rebekah R. Conroy**
rconroy@stoneconroy.com



April 1, 2021

<u>**Via ECF**</u>
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Re:*    *Par Pharmaceutical, Inc. v. Amneal Biosciences LLC, et als.*
*Civil Action No. 20-cv-18322 (BRM) (DEA)*

Dear Judge Arpert:

      This firm, along with Goodwin Procter LLP, represents Defendants in this litigation and we write on behalf of all parties. Plaintiffs recently filed an Amended Complaint to assert an additional patent, and Defendants will be filing a motion to dismiss the Amended Complaint. Plaintiffs have also asserted the same patents against another defendant in the matter *Par Pharmaceutical, Inc. v. Eagle Pharmaceuticals, Inc.*, 20-cv-18319 (BRM) (DEA), and the parties understand that the defendant in that action will also be filing a motion to dismiss. (*See* Civil Action No. 20-cv-18319, <u>Doc. No. 21</u>.) Due to the expected overlap of issues in these motions, the parties request that a parallel briefing schedule be entered in this matter as follows:

| Event | Proposed Deadline |
|---|---|
| Filing of Motion to Dismiss Amended Complaint | April 5, 2021 |
| Filing of Opposition to Motion to Dismiss | April 19, 2021 |
| Filing of Reply Submission | April 26, 2021 |
| Return Date for Motion to Dismiss | May 3, 2021 |
| Deadline to submit redacted documents associated with Motion to Dismiss | May 3, 2021 |
| Deadline to submit omnibus Motion to Seal submissions related to Motion to Dismiss | May 10, 2021 |

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181 Fax 973 498 0070
www.stoneconroy.com

*Honorable Douglas E. Arpert, U.S.M.J.*
*April 1, 2021*

If the above proposed schedule is acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Rebekah Conroy
Rebekah R. Conroy

cc:    Counsel of Record via ECF

SO ORDERED this 1st day of April, 2021.

_____
Honorable Douglas E. Arpert, U.S.M.J.