IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMNEAL EU, LTD., et al.<br><br>*Defendants*. | C.A. No. 20-cv-18322 |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, are dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party, and judgment is hereby entered to that effect.

Dated:  February 9, 2022

| DECHERT LLP | STONE CONROY LLC |
|---|---|
| */s/ Robert D. Rhoad* | */s/ Rebekah R. Conroy* |
| Robert D. Rhoad | Rebekah R. Conroy, Esq. |
| Cira Centre, 2929 Arch St. | 25A Hanover Road, Suite 301 |
| Philadelphia, PA  19104 | Florham Park, NJ  07932 |
| (609) 955-3269 | (973) 400-4181 |
| robert.rhoad@dechert.com | rconroy@stoneconroy.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED, this _____ day of _____, 2022.

                                                                              _____
                                                                              Hon. Zahid N. Quraishi
                                                                              United States District Judge